UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CARL GENE THYMES     CIVIL ACTION NO. 6:19-cv-00090

VERSUS     JUDGE SUMMERHAYS

AT&T MOBILITY SERVICES, LLC,     MAGISTRATE JUDGE HANNA
ET AL.

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims asserted in the plaintiff's amended complaint are DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

IT IS FURTHER ORDERED that the plaintiff's motion for leave to proceed in forma pauperis (Rec. Doc. 2) and the plaintiff's motion for recusal of Magistrate Judge Patrick J. Hanna (Rec. Doc. 10) are DENIED AS MOOT.

Signed at Lafayette, Louisiana, this 18th day of April, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE